No. 03-9405. MEI LING v. CALIFORNIA BREEZE HOMEOWNERS' ASSN. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03-9406. KEARLEY v. PARRISH ET AL. C. A. 5th Cir. Certiorari denied. 

No. 03-9407. LOGAN v. COTTON, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 03-9408. BELSER v. MOSLEY, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03-9413. DAVIDSON v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied. 

No. 03-9416. NANKIVIL v. LOCKHEED MARTIN CORP. ET AL. C. A. 11th Cir. Certiorari denied. 

No. 03-9418. MILLER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03-9420. WILLIAMS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03-9422. SANCHEZ v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 03-9424. BROWN, AKA COLE v. DONNELLY, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03-9425. BLACKWELL v. MATHES, WARDEN. C. A. 8th Cir. Certiorari denied. 

No. 03-9427. KRAUSE v. HIROSHIGE, JUDGE, SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY. C. A. 9th Cir. Certiorari denied. 

No. 03-9428. BRYANT v. FLETCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03-9437. SARR v. KAPTURE, WARDEN. C. A. 6th Cir. Certiorari denied.